IN THE MATTER OF SAMUEL PHELPS.

JOURNAL ENTRIES (1828–29): *Journal 4:* (1) Motion for mandamus or rule to show cause *p. 194; (2) arguments heard *p. 200; (3) arguments con-

cluded *p. 201; (4) motion for mandamus overruled *p. 260.

PAPERS IN FILE: (1) Petition for mandamus; (2) exhibit 1—transcript of record of county court in *Thomas, Isaac, and Francis Lawrance v. Samuel Phelps and Jonas W. Colburn;* (3) exhibit 1—transcript of record of county court in *Abraham Cook* v. *Samuel Phelps and Jonas W. Colburn;* (4) exhibit 2—certified copy of "An Act for the relief of Samuel Phelps"; (5) exhibit 3—transcript of journal entries in *Thomas, Isaac, and Francis Lawrance* v. *Samuel Phelps and Jonas W. Colburn;* (6) exhibit 3—transcript of journal entries in *Abraham Cook* v. *Samuel Phelps and Jonas W. Colburn;* (7) motion for mandamus or rule to show cause.

*1824–36 Calendar*, MS p. 164.